**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 23, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-30784
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN SALGADO-DIAZ, also known as Alfredo Garcia Moreno,
also known as Rafael Baes, also known as Rafael Baez-Salgado,
also known as Feliz A. Santos, also known as Roberto Chaidez,
also known as Juan Diaz, also known as Juan S. Diaz, also known
as Camilo Casillas,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 01-CR-60126-ALL
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Juan

Salgado-Diaz (Salgado) has moved for leave to withdraw and has

filed a brief in accordance with Anders v. California, 386 U.S.

738 (1967). Salgado has not filed a response. Our independent

review of the record and counsel's brief shows that there are no

nonfrivolous issues for appeal. Accordingly, counsel's motion

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED.  See 5TH CIR. R. 42.2.